IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

CRIMINAL NO. 19-30001-001          USA v. JAMES WILLARD CARR, III

COURT PERSONNEL:                  APPEARANCES:

JUDGE:   P. K. HOLME III          GOVERNMENT:   KENNY ELSER

CLERK:   JANE ANN SHORT           DEFENDANT:   JAMES PIERCE

REPORTER:  CINDY DONALD

**SENTENCING MINUTES**

On this date the above-named defendant appeared in person and with counsel for sentencing.

(X)     Inquiry made that defendant is satisfied with counsel.
(X)     Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.
(X)     Presentence investigation report reviewed and adopted in open court.
(X)     Court expressed final approval of plea agreement.
(X)     Motion filed by the government on October 25, 2019 granted by the court.
(X)     Attorney for government afforded opportunity to make statement to court.
(X)     Counsel for defendant afforded opportunity to speak on behalf of defendant.
(X)     Defendant afforded opportunity to make statement.
(X)     Court proceeded to impose sentence as follows:

        144 months imprisonment; 5 years supervised release; no fine imposed.

(X)     Defendant ordered to comply with standard conditions of supervised release.
(X)     Defendant ordered to comply with the following special conditions of supervised release:

        Defendant shall submit to inpatient or outpatient substance abuse testing, evaluation, counseling, and/or treatment, as deemed necessary and directed by the U.S. Probation Office.

        Defendant shall submit to a search of his person, real and/or personal property, residence, place of business or employment, and/or vehicle(s) conducted by the U.S. Probation Office based upon reasonable suspicion of criminal activity or a violation of any condition of supervised release.

        Defendant shall submit to inpatient or outpatient mental health evaluation, counseling, testing, and/or treatment, as deemed necessary and directed by the U.S. Probation Office.

(X)     Defendant ordered to pay total special assessment of $100.00 for superseding Count 5, which shall be due immediately.
(X)     Defendant advised of right to appeal sentence imposed.
(X)     Government's motion to dismiss superseding Counts 1, 2, 3, 4, and 6 granted by the court.
(X)     Defendant remanded to custody of the USMS.

DATE:   November 14, 2019

                                        Proceeding began:      2:05 pm

                                              ended:      2:23 pm