IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA

v.	CASE NUMBER: 3:19-CR-30001

JAMES WILLARD CARR, III

## ENTRY OF APPEARANCE

Comes now Anna M. Williams, Assistant Federal Public Defender, and hereby enters her appearance on behalf of the Defendant in the above-referenced case.

Respectfully submitted,

BRUCE D. EDDY
FEDERAL PUBLIC DEFENDER
WESTERN DISTRICT OF ARKANSAS

By:	/s/ Anna M. Williams
Anna M. Williams
Assistant Federal Public Defender
112 West Center Street, Suite 300
Fayetteville, AR 72701
(479) 442-2306

Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all registered CM/ECF users, and a copy of this pleading was mailed by the United States Postal Service to: none.

/s/ Anna M. Williams
Anna M. Williams